MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00495 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO SET |
| ) | CHANGE OF PLEA ON FEBRUARY 26, |
| v. ) | 2013 AND  ORDER |
| ) | |
| JUAN MIGUEL ELLINGBERG, ) | Date:      February 26, 2013 |
| ) | Time:     10:00 a.m. |
| Defendant. ) | Court:    Hon. Saundra Brown Armstrong |
| ) | |
| ) | |
| _____ ) | |

    The above-captioned matter is set on February 26, 2013 before this Court for change of plea and sentencing.  The parties request that this Court vacate that date as to defendant Juan Miguel Ellingberg and set this matter for change of plea on February 26, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu.  Time has already been excluded under the Speedy Trial Act until that date.

DATED: January 9, 2013

_____/s/_____      _____/s/_____
JAMES C. MANN     GILBERT EISENBERG
Assistant United States Attorney     Counsel for Juan Miguel Ellingberg
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA ON FEBRUARY 26, 2013
No. CR-12-00495 SBA

1 **IT IS HEREBY ORDERED** that this matter as to defendant Juan Miguel Ellingberg is
2 set for change of plea on February 26, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu.  Time
3 has already been excluded under the Speedy Trial Act until that date.

5 DATED:_1/10/13

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge